UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| DERRICK JEROME ALLEN | |
| VERSUS | CIVIL ACTION |
| ELMER LITCHFIELD, ET AL | NO. 06-190-JJB |

**RULING ON APPEAL**

This matter is before the court on an appeal (doc. 198) taken by plaintiff from the ruling of the magistrate judge denying plaintiff's motions to compel discovery and to hold defendant in contempt of court. Defendant has filed an opposition; plaintiff has filed a reply brief. There is no need for oral argument.

It is well established that magistrate judges are afforded broad discretion in resolving discovery disputes. *Merritt v. International Bro. Of Boilmakers*, 649 F. 2d 1013 (5th Cir. 1981). Rulings on discovery matters will be overturned only when found to be clearly erroneous or an abuse of discretion. *Detection Systems, Inc., v. Pittway Corp.*, 96 F.R.D. 152 (W.D. N.Y. 1982).

After carefully reviewing this matter, the court finds no error of law or abuse of discretion. As noted in the report of the magistrate judge, plaintiff has received all the discovery he is due. Additionally, plaintiff has failed to establish the elements

of contempt by clear and convincing evidence.

Accordingly, the ruling of the magistrate judge dated January 30, 2008 is hereby AFFIRMED.

Baton Rouge, Louisiana, March ___19th___, 2008.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA