UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

FILED
U.S. DIST COURT
MIDDLE DIST OF LA

2008 JUN 11 P 3: 55

BY DEPUTY CLERK

DERRICK JEROME ALLEN (#295151)

VERSUS                                          CIVIL ACTION

ELMER LITCHFIELD, ET AL                         NUMBER 06-190-JJB-SCR


RULING ON MOTION FOR REHEARING

Before the court is the plaintiff's Motion to Reconsider Rehearing. Record document number 219.

On April 2, 2007, the plaintiff's motion for summary judgment was denied.[1] Plaintiff moved for a rehearing on the January 4, 2007 motion for summary judgment. Plaintiff relied on a medical assessment and recommendation form of an unidentified inmate in which medical personnel recommended that the inmate be moved to K-2 because there are "more Hispanics there." On May 21, 2008, the plaintiff's motion for a rehearing was denied.[2]

Plaintiff filed a motion to reconsider rehearing arguing that he is certain that the nurse would not have made the request to classify the unidentified inmate according to race if classification personnel had previously denied a similar request.

For the reasons set forth in the court's ruling on the plaintiff's motion for rehearing, the plaintiff's Motion to

---

[1] Record document number 102.

[2] Record document number 218.

Reconsider Rehearing is denied.

Baton Rouge, Louisiana, June 11th, 2008.

_____
JAMES J. BRADY
UNITED STATES DISTRICT JUDGE